IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3176 |
| | ) | |
| v. | ) | |
| | ) | |
| JASON D. GERICKE, | ) | NOTICE OF THE FILING OF A MOTION |
| | ) | TO VACATE, SET ASIDE OR CORRECT |
| Defendant. | ) | SENTENCE BY A PERSON IN FEDERAL |
| | ) | CUSTODY, PURSUANT TO 28 U.S.C. § 2255 |

The United States Attorney is notified of the filing on January 10, 2007, of a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody, filing 59.   The United States shall have until February 26, 2007, in which to respond.

Dated January 23, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge