IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3176 |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| JASON D. GERICKE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

In accordance with the Memorandum and Order on Defendant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255,

**IT IS ORDERED** that judgment is entered for the United States of America and against the defendant, Jason D. Gericke, and the defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, filing 59, is denied.

Dated March 21, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge

1